ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-mail: marc.wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 22 2018

at 3 o'clock and 37 min. ∅ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. CR 18 - 00 162 LEK |
| | ) |
| Plaintiff, | ) NOTICE OF RELATED CASE |
| | ) |
| vs. | ) |
| | ) |
| CHESTER CABANG (01), | ) |
| KLOULUBAK DEBEDEBEK (02), | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

NOTICE OF RELATED CASE

Pursuant to District of Hawaii Civil LR40.2 and CrimLR12.3, the United States Attorney gives notice herein that the above-captioned Information involves the same Defendant as the following previous proceedings:   United States v. Siegfred Sierra, CR No. 18-00072 JMS and United States v. Chester Cabang, et al., Magistrate No. 18-00485 KSC.

DATED:   October 18, 2018, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By _____
    MARC A. WALLENSTEIN
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2